In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00482-CV

_____

**GREGORY C. LENTZ, INDIVIDUALLY AND AS ASSIGNEE OF HMG SERVICES, L.L.C., AND/OR DERIVATIVELY ON BEHALF OF LIGHTHOUSE HOSPICE PARTNERS, LLC, A TEXAS LIMITED LIABILITY COMPANY,** Appellant

**V.**

**LIGHTHOUSE HOSPICE MANAGEMENT, LLC AND HARDEN HC TEXAS HOLDCO, LLC, Appellees**

On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 12-05-05207 CV

**MEMORANDUM OPINION**

The appellant, Gregory C. Lentz, individually and as assignee of HMG Services, L.L.C., and/or derivatively on behalf of Lighthouse Hospice Partners, LLC, a Texas limited liability company, filed a motion to dismiss this appeal with prejudice. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex.

1

R. App. P. 42.1(a)(1).  No other party filed notice of appeal.  We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Opinion Delivered November 15, 2012
Before Gaultney, Kreger, and Horton, JJ.